This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**ANNETTE HEMBERGER,**

Petitioner-Appellee,

v.                                                                              **NO. 32,563**

**GINIFER GALEY,**

Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Raymond Z. Ortiz, District Judge**

Annette Hemberger
Santa Fe, NM

Pro Se Appellee

Knutson Law, P.C.
Kristofer C. Knutson
Santa Fe, NM
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**VANZI, Judge.**

{1}     Partial summary affirmance and partial summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing partial summary affirmance and partial summary reversal has been filed and the time for doing so has expired.

{2}     We are reversing the district court's finding that "the relationship of the parties is that of an 'intimate partner' as defined in 18 U.S.C. § 921(a)(32)." [RP 19] We are affirming the district court's order in all other respects.

{3}     **IT IS SO ORDERED.**

_____
**LINDA M. VANZI, Judge**

**WE CONCUR:**

_____
**TIMOTHY L. GARCIA, Judge**

_____
**J. MILES HANISEE, Judge**